IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

N.N., a minor, by S.S., the parent
and next friend of N.N., individually
and on behalf of others similarly
situated,

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-581-bbc

       Plaintiff,

v.

MADISON METROPOLITAN
SCHOOL DISTRICT,

       Defendant.

---

    This action came for consideration before the court with District Judge
Barbara B. Crabb  presiding.  The issues have been considered and a decision has
been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Madison Metropolitan School District

and this case is dismissed.

_____       _11-25-09_____
   Peter Oppeneer, Clerk of Court                  Date